**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

MARIA BADIN, an individual; on behalf of herself and all others similarly situated,

Plaintiffs,

vs.

LIBERTY MUTUAL INSURANCE COMPANY; et al.,

Defendants,

Case No. 3:25-cv-0163-RSH-AHG

**ORDER DIRECTING SUPPLEMENTAL BRIEFING**

Before the Court is Plaintiffs' Motion for Preliminary Approval of Class Action Settlement. *See* ECF No. 51. Defendants do not oppose the motion. For the reasons stated herein, the Court defers ruling on the motion and directs supplemental briefing.

For the Court to grant the motion, the Parties must provide sufficient information to enable the Court to find that: (i) the proposed settlement is likely "fair, reasonable, and adequate" in light of Fed. R. Civ. P. 23(e)'s enumerated considerations, and (ii) the Class can likely be certified under Fed. R. Civ. P. 23(a). The Court would benefit, in making these inquiries, from additional, non-conclusory briefing on the following questions:

1. Whether the settlement amount is fair and reasonable in light of the potential recovery in this case and the risks and costs associated with its prosecution.

2. How the settlement amount is to be allocated among the class members, whether the method of allocation is fair and reasonable, and whether the allocation of settlement funds "treats class members equitably relative to each other." *See* Fed. R. Civ. P. 23(e)(2)(D).
3. What individual questions of fact or law exist in the case and how common issues predominate.

The briefing shall be accompanied by evidence as appropriate, and shall be filed within 30 days of the date of this order.

**IT IS SO ORDERED.**

Dated: September 8, 2026

Robert S. Huie

Hon. Robert S. Huie
United States District Judge